# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

EDITH VILLEGAS, INDIVIDUALLY
AND ON BEHALF OF SILVER
ANGEL

NO.  2026 CW 0006

VERSUS

TYLOR JONES, AND TUM
LOGISTICS CARRIER DIVISION
INC.

**APRIL 08, 2026**

---

In Re:   Tum Logistics Carrier Division, Inc., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2024-11955-I.

---

BEFORE:   **THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT DENIED.**

> **MRT**
> **KEB**
> **BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.